**Opinion filed December 1, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-11-00321-CR

_____

## IN RE BERNARD WILLIAMS

**Original Mandamus Proceeding**

## M E M O R A N D U M   O P I N I O N

Relator, Bernard Williams, has filed a petition for writ of mandamus complaining of the Hon. Carter Schildknecht, judge of the 106th District Court of Dawson County, in connection with his request for a free appellate record. We deny the petition for writ of mandamus.

Relator is seeking a free appellate record in Cause No. 11-10-00237-CR, styled Bernard Williams v. State of Texas. This court issued an opinion and judgment on May 27, 2011, in Cause No. 11-10-00237-CR, affirming relator's conviction for possession of cocaine with the intent to deliver. The Texas Court of Criminal Appeals subsequently refused relator's petition for discretionary review in Cause No. 11-10-00237-CR on October 12, 2011. Thus, relator is seeking a free record in a criminal appellate proceeding that has been concluded.

An indigent criminal defendant is not entitled, either as a matter of equal protection or of due process, to a free record of prior proceedings for use in pursuing post-conviction relief. *United States v. MacCollom*, 426 U.S. 317, 322-23 (1976); *In re Trevino*, 79 S.W.3d 794, 796

(Tex. App.—Corpus Christi 2002, orig. proceeding); *Escobar v. State*, 880 S.W.2d 782, 783 (Tex. App.—Houston [1st Dist.] 1993, per curiam order). To obtain a free record for use in a post-conviction proceeding, a relator must show that the subsequent proceeding is not frivolous by making a specific showing of the issues to be raised and a specific need for the record to demonstrate the right to post-conviction relief. *See In re Coronado*, 980 S.W.2d 691, 693 (Tex. App.—San Antonio 1998, orig. proceeding); *Eubanks v. Mullin*, 909 S.W.2d 574, 576–77 (Tex. App.—Fort Worth 1995, orig. proceeding); *Escobar*, 880 S.W.2d at 783.

Mandamus will issue only to correct a clear abuse of discretion or violation of a duty imposed by law when that abuse cannot be remedied by appeal. *Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992) (orig. proceeding). Relator has not provided this court with anything to show that a post-conviction proceeding would not be frivolous, and he has not shown a specific need for the record. Consequently, relator has failed to demonstrate that he is entitled to a free record from the prior proceeding.

Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

December 1, 2011

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.

2